AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

OSSIE LEE SLAUGHTER,

           Plaintiff,

           v.

STEPHEN SINCLAIR, ELDON VAIL,
DAN PACHOLKE and MARK KUCZA,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-430-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

July 30, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia